**LEW BRANDON, JR., ESQ.**
Nevada Bar No. 5880
**DANIELLE KOLKOSKI, ESQ.**
Nevada Bar No. 8506
**RYAN VENCI, ESQ.**
Nevada Bar No. 7547
**BRANDON | SMERBER LAW FIRM**
139 E. Warm Springs Road
Las Vegas, Nevada 89119
(702) 380-0007
(702) 380-2964 – *facsimile*
*l.brandon@bsnv.law*
*d.kolkoski@bsnv.law*
*r.venci@bsnvlaw.com*
*Attorneys for Defendant,*
*99 CENTS ONLY STORES, LLC*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| DENNIS MCGINLEY, an individual, | |
| Plaintiff, | CASE NO.: |
| vs. | |
| 99 CENTS ONLY STORES, LLC; DOES 1 through 100; and ROE CORPORATION 101 through 200, inclusive, | |
| Defendant(s). | |

**DEFENDANT, 99 CENTS STORE ONLY, LLC' S NOTICE OF REMOVAL OF ACTION TO UNITED STATES DISTRICT COURT UNDER 28 USC § 1441(a)**

Defendant, 99 CENTS ONLY STORES LLC, by its undersigned attorneys, LEW BRANDON, JR., ESQ., DANIELLE KOLKOSKI, ESQ., and RYAN VENCI, ESQ., of BRANDON | SMERBER LAW FIRM, hereby removes the above-captioned case to the United States District Court, Clark County, Nevada, where the action is now pending, pursuant to 28 USC § 1441(a) and states as follows:

1.      The above-entitled action commenced in the Eighth Judicial District Court, Clark County, State of Nevada on June 7, 2023, bearing Case No. A-23-871955-C. The action is now pending in the Eighth Judicial District Court, Clark County, State of Nevada.

2.      Plaintiff filed her initial complaint on or about June 7, 2023, alleging personal injury. Plaintiff's Complaint fails to state that this case is one which is or has become removable. *See Harris v. Bankers Life & Cas. Co.*, 425 F.3d 689 (9th Cir. 2005). Defendant, 99 CENTS ONLY STORES, LLC filed an Answer to the initial complaint on June 14, 2023.

3.      Plaintiff filed her Request for Exemption from Arbitration on June 26, 2023, citing a probable jury award in excess of Nevada's Arbitration cap.

4.      Plaintiff is claiming past medical special damages in the amount of $51,319.97 (not including updated medical billing, according to Plaintiff's Request for Exemption from Arbitration), along with general damages and loss in excess of $15,000.00, economic damages, prejudgment interest, reasonable attorney's fees, and reasonable costs.

5.      This Notice of Removal was filed timely as it was filed within thirty (30) days of service of Plaintiff's Request for Exemption from Arbitration, filed on July 26, 2023, which was the first motion, order or other paper from which it could first be ascertained that this case is one which is or has become removable. *See* 28 U.S.C. 1446(b); *Harris*, 425 F.3d 689.

6.      Pursuant to Fed. R. Civ. P. 6 (a), the last day of the thirty (30) day period set forth under 28 U.S.C. 1446(b) is July 26, 2023. *See* 28 U.S.C. 1446(b), *Harris*, 425 F.3d 689.

7.      This action concerns Plaintiff's Complaint, in which she alleged one cause of action for negligence as to Defendant 99 CENTS ONLY STORES, LLC; DOES 1 through 100, and ROE CORPORATION 101 through 200, inclusive.

8.      At the commencement of this action and at the time of the filing of this Notice of Removal, Plaintiff, DENNIS MCGINLEY was, and now is, a citizen of Las Vegas, Clark County, Nevada.

9.      At the commencement of this action and at all times herein, Defendant, 99 CENTS ONLY STORES, LLC, was, and now is, a limited liability company duly organized and existing under the laws of the County of Los Angeles, State of California with its principal place of business in California, and therefore, is a citizen of the State of California.

10.     A limited liability company is a citizen of every state in which its members are citizens. *Johnson v. Columbia Props. Anchorage, LP*, 437 F.3d 894, 899 (9th Cir. 2006). Where removal from state to federal court is at issue, the party seeking removal "bears the burden of establishing federal jurisdiction . . . ."  *Naffe v. Frey*, 789 F.3d 1030, 1040 (9th Cir. 2015).

11.     Upon information and belief, Plaintiff, DENNIS MCGINLEY medical billing, according to Plaintiff's Request for Exemption from Arbitration), along with general damages and loss in excess of $15,000.00, economic damages, prejudgment interest, reasonable attorney's fees, and reasonable costs.  Further, Plaintiff is claiming pain and suffering.

12.     The United States District Court for the District of Nevada has original jurisdiction pursuant to 28 U.S.C. § 1332 in that the parties are citizens of different States and the amount in controversy exceeds the sum or value of Seventy-Five Thousand Dollars ($75,000.00) exclusive of interests and costs.

13.     Accordingly, Plaintiff's Complaint is removed pursuant to 28 U.S.C. 1441, which provides that a defendant may remove a case over which the federal court has original jurisdiction.

14.     A copy of all process and pleadings served and filed in this matter are attached hereto as ***Exhibit A***.

1    WHEREFORE, Defendant, 99 CENTS ONLY STORES, LLC, a California limited

2  liability company respectfully requests that this action proceed in the United States District Court

3  for the District of Nevada as an action properly removed to it under the diversity of citizenship

4  statute.

5

6    DATED this 17th day of July 2023.

7                                        **BRANDON | SMERBER LAW FIRM**

8

9                                        */s/ Lew Brandon, Jr., Esq.*
                                         **LEW BRANDON, JR., ESQ.**
10                                       Nevada Bar No. 5880
                                         **DANIELLE KOLKOSKI, ESQ.**
11                                       Nevada Bar No. 8506
                                         **RYAN VENCI, ESQ.**
12                                       Nevada Bar No. 7547
                                         139 E. Warm Springs Road
13                                       Las Vegas, Nevada 89119
                                         (702) 384-8424
14                                       (702) 384-6568 - *facsimile*
                                         *Attorneys for Defendant,*
15                                       *99 CENTS ONLY STORES, LLC*

16

17

18

19

20

21

22

23

24

25

26

27

28

**CERTIFICATE OF SERVICE**

Pursuant to Fed. R. Civ. P. 5(b), I certify that on July 17, 2023, I served a true and correct copy of the foregoing **DEFENDANT, 99 CENTS STORE ONLY, LLC' S NOTICE OF REMOVAL OF ACTION TO UNITED STATES DISTRICT COURT UNDER 28 USC § 1441(a)** through the Court's ECF electronic filing system, upon the following:

**SCOTT L. POISSON, ESQ.**
Nevada Bar No. 10188
**AMBER N. KING, ESQ.**
Nevada Bar No. 14070
**BERNSTEIN & POISSON**
320 South Jones Boulevard
Las Vegas, Nevada 89107
(702) 877-4878
Facsimile (702) 256-6280
*Attorneys for Plaintiff,*
*DENNIS MCGINLEY*

/s/ *Maybelline Valle*
An Employee of Brandon | Smerber Law Firm