| | |
|---|---|
| 1 | **LEW BRANDON, JR., ESQ.** |
| 2 | Nevada Bar No. 5880<br>**RYAN VENCI, ESQ.** |
| 3 | Nevada Bar No. 7547<br>**BRANDON | SMERBER LAW FIRM** |
| 4 | 139 E. Warm Springs Road |
| 5 | Las Vegas, Nevada 89119<br>(702) 380-0007 |
| 6 | (702) 380-2964 – *facsimile*<br>l.brandon@bsnv.law |
| 7 | r.venci@bsnvlaw.com |
| 8 | *Attorneys for Defendant,*<br>*99 CENTS ONLY STORES, LLC* |

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| DENNIS MCGINLEY, an individual, | CASE NO.: 2:23-cv-01113-GMN-BNW |
| Plaintiff, | |
| vs. | |
| 99 CENTS ONLY STORES, LLC; DOES 1 through 100; and ROE CORPORATION 101 through 200, inclusive, | |
| Defendant(s). | |

**MOTION TO REMOVE ATTORNEY FROM ELECTRONIC SERVICE LIST**

Pursuant to Local Rule IA 11-6, Lew Brandon, Jr., Esq. respectfully move the court for an order removing attorneys LEW BRANDON, JR., ESQ. (Nevada Bar No. 5880), email address l.brandon@bsnv.law, JUSTIN SMERBER, ESQ. (Nevada Bar No. 10761) email address j.smerber@bsnv.law RYAN VENCI, ESQ. (Nevada Bar No. 7547) email address r.venci@bsnv.law, JEFFREY ORR, ESQ. (Nevada Bar No. 7854) email address j.orr@bsnv.law, KRISTINE MOLLOY, ESQ. (Nevada Bar No. 14927) email address k.molloy@bsnv.law, SUSAN LEE, ESQ. (Nevada Bar No. 15266) email address s.lee.@bsnv.law, RYAN VENCI, ESQ. (Nevada Bar No. 7547) r.venci@bsnv.law, ANDREW GUZIK, ESQ., (Nevada Bar No.

12758) email address: a.guzik@bsnv.law, HOMERO GONZALEZ, ESQ. (Nevada Bar No. 15231) email address: hgonzalez@springelfink.com, CELIA HILTS email address: c.hilts@bsnv.law, MAYBELLINE VALLE email address: m.valle@bsnv.law, MEGHAN ALLEN email address: m.allen@bsnv.law, KRISTINE VILLENO email address: k.villeno@bsnv.law, and ANNA STEIN email address: a.stein@bsnv.law, from the electronic service list as BRANDON SMERBER LAW FIRM is no longer counsels of record for 99 CENTS ONLY STORES, LLC. Accordingly, there is good cause to justify granting BRANDON │ SMERBER LAW FIRMS's removal from the electronic service list in this case.

DATED this 12th day of September 2025.

**BRANDON │ SMERBER LAW FIRM**

*/s/ Lew Brandon, Jr., Esq.*
**LEW BRANDON, JR., ESQ.**
Nevada Bar No. 5880
**RYAN VENCI, ESQ.**
Nevada Bar No. 7547
139 E. Warm Springs Road
Las Vegas, Nevada 89119
*Attorneys for Defendant,*
*99 CENTS ONLY STORES, LLC*

IT IS SO **ORDERED**.

_____
**UNITED STATES MAGISTRATE JUDGE**
**DATED:** September 15, 2025

## CERTIFICATE OF MAILING

I HEREBY CERTIFY that on the 12th day of September 2025, service of the foregoing **MOTION TO REMOVE ATTORNEY FROM ELECTRONIC SERVICE LIST** was made pursuant to FRCP 5(b) and electronically transmitted to the Clerk's Office using CM/ECF system for filing and transmittal to all interested parties.

**SCOTT L. POISSON, ESQ.**
Nevada Bar No. 10188
**AMBER N. KING, ESQ.**
Nevada Bar No. 14070
**HIGH STAKES INJURY LAW**
320 S. Jones Blvd.
Las Vegas, Nevada 89107
*Attorneys for Plaintiff,*
*DENNIS MCGINLEY*

/s/   Maybelline Valle
An Employee of Brandon │ Smerber Law Firm